■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE HUTCHINSON, Appellant. [944 NYS2d 879]—Judgment of resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered October 28, 2010, resentencing defendant, as a second felony offender, to a term of 14 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (see People v Lingle, 16 NY3d 621 [2011]). Concur—Friedman, J.P., Sweeny, Renwick, Freedman and Abdus-Salaam, JJ.